[No. 52021-1-I. Division One. May 24, 2004.]

DUYEN VAN, *Appellant*, v. JOSEPH MANNINO, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-2-10160-7, Richard J. Thorpe, J., entered February 14, 2003. *Reversed with instructions* by unpublished per curiam opinion.

[No. 52236-1-I. Division One. May 24, 2004.]

OLIVINE CORPORATION, *Respondent*, v. UNITED CAPITOL INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 98-2-01568-0, Michael F. Moynihan, J., entered April 7, 2003. *Reversed* by unpublished opinion per Agid, J., concurred in by Coleman and Schindler, JJ. Now published at 122 Wn. App. 374.

[No. 52334-1-I. Division One. May 24, 2004.]

WINTERSPORT LTD., *Respondent*, v. MILLIONAIRE.COM, INC., *Defendant*, ROBERT L. WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-18570-5, Douglass A. North, J., entered April 18, 2003. *Reversed* by unpublished opinion per Coleman, J., concurred in by Cox, C.J., and Kennedy, J.

[No. 52427-5-I. Division One. May 24, 2004.]

*In the Matter of the Marriage of* BARRY MICHAEL DORSEY, *Respondent*, and JULIE DORSEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-3-04946-7, Patricia H. Clark, J., entered May 9, 2003. *Affirmed* by unpublished per curiam opinion.